# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

ROBERT SMITH, JR.,

    Petitioner,

v.

BELINDA STEWART,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C07-166RSL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation is adopted. Petitioner's habeas corpus petition is DENIED and this action is DISMISSED without prejudice.

Dated this 12th day of March, 2007.


                                                 BRUCE RIFKIN
                                                 Clerk


                                                 s/ Rhonda Stiles
                                                 Deputy Clerk