DISTRICT JUDGE ROBERT S. LASNIK
MAGISTRATE JUDGE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBERT SMITH, JR., <br><br> Petitioner, <br><br> v. <br><br> BELINDA STEWART, <br><br> Respondent. | NO. C07-0166 RSL-MAT <br><br> [~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before November 28, 2008.

DATED this <u>20th</u> day of October, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

Submitted by:

ROBERT M. MCKENNA
Attorney General

/s/ Gregory J. Rosen
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General

[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER
NO. C07-0166 RSL-MAT

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**