UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT SMITH, JR., | ) | CASE NO.: C07-0166-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR APPOINTMENT OF |
| BELINDA STEWART, | ) | COUNSEL; GRANTING |
| | ) | RESPONDENT'S MOTION FOR |
| Respondent. | ) | EXTENSION OF TIME |
| | ) | |

Petitioner has filed a petition for a writ of habeas corpus challenging a decision by the Indeterminate Sentence Review Board denying petitioner parole in 2005. Petitioner has filed several motions for appointment of counsel which the Court has denied. (Dkt. Nos. 17, 23). Petitioner now renews his request that the Court appoint him counsel. (Dkt. No. 34). In addition, respondent has filed a motion seeking an extension of time to file a reply to petitioner's response to respondent's answer. Having reviewed the motions and the balance of the record, the Court does hereby ORDER as follows:

(1) Petitioner does not cite any new grounds that would compel the Court to change its previous rulings denying his request for appointment of counsel. Accordingly, petitioner's third

motion for appointment of counsel (Dkt. No. 34) is DENIED.

(2) Counsel for respondent cites reasonable grounds for a short extension of time to file a reply. Therefore, respondent's motion (Dkt. No. 33) is GRANTED. Respondent shall file a reply no later than **January 16, 2009.** The Clerk shall RENOTE petitioner's habeas petition for consideration by the Court on **January 16, 2009.**

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 5th day of January, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge