# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT SMITH, JR.,

    Petitioner,

v.

BELINDA STEWART,

    Respondent.

Case No. C07-0166RSL

ORDER REGARDING CERTIFICATE OF APPEALABILITY

This matter was transferred from the United States Court of Appeals for the Ninth Circuit for docketing as a notice of appeal. Because petitioner challenges the detention decision of an administrative body (the Indeterminate Sentence Review Board), a certificate of appealability is not necessary. Rosas v. Nielsen, 428 F.3d 1229, 1231-32 (9th Cir. 2005); Order of Ninth Circuit, No. 07-35355 (dated 8/2/07). The Clerk of Court shall process Mr. Smith's appeal accordingly.

Dated this 15th day of September, 2009.

Robert S. Lasnik
United States District Judge

ORDER REGARDING
CERTIFICATE OF APPEALABILITY